IN THE UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| V. | No. 16-6690 |
| **ANDREW D. SHERADIN** | |

MOTION TO EXTEND TIME FOR FILING JOINT APPENDIX AND APPELLANT'S BRIEF

Andrew D. Sheridan  the appellant in the above-captioned case, by and through counsel, respectfully moves this Honorable Court for a four-week extension of the deadline for filing the Joint Appendix and Brief for the Appellant in the able referenced case, from it current due date from August 30, 2016 until September 30, 2016.  In support of this motion Mr. Sheridan, though counsel, shows the following:

1. The briefing schedule established a deadline of August 30, 2016 for the Appellant in this matter.  This deadline has not previously been extended.

2. Throughout the course of this summer, and including into the present, undersigned counsel has been extremely busy with a variety of matters.

3. The various obligations of counsel have included one jury trial and two bench trials.

4. In light of these obligations, counsel has not had an adequate amount of time to devote to the preparation of his appeal.

5. Accordingly, counsel respectfully requests a four-week extension of the deadline for the filing the Brief for the Appellant.

6. Counsel for the United States, Mr. Michael Bredenberg has been contacted with respect to this motion and has no objection to the requested extension.

7. WHEREFORE, in light of the other obligations of counsel, the undersigned respectfully requests an extension of the deadline for filing the Joint Appendix and Brief for the Appellant in this matter.

Respectfully submitted this the 29th day of August, 2016.

/s/Leza Driscoll
CJA – Appointed Attorney for Defendant
Law Office of Leza Lee Driscoll, PLLC
5 West Hargett Street, Ste.1004
PO Box 18214
Raleigh, NC 27619
Office  - 919.833.4457
Fax     - 919.833.4474
E-Mail:  lezadriscoll@yahoo.com
State Bar # 20926

## *CERTIFICATE OF SERVICE*

I HEREBY CERTIFY that a copy of the foregoing was served upon:

Mr. Michael Bredenberg
Office of U.S. Attorney
101 South Edgeworth Street, Fourth Floor
Greensboro, NC 27601
Angela.miller@usdoj.gov

by CM/ECF.

This the 29th day of August, 2016.

/s/Leza Driscoll
CJA – Appointed Attorney for Defendant
Law Office of Leza Lee Driscoll, PLLC
5 West Hargett Street, Ste.1004
PO Box 18214
Raleigh, NC 27619
Office  - 919.833.4457
Fax     - 919.833.4474
E-Mail:  lezadriscoll@yahoo.com
State Bar # 20926